**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendant
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIPPY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO and DOES 1 TO 20,<br><br>　　　　Defendants.<br>_____/ | Case No.: 2:22-cv-01511-TLN-DMC<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN**<br><br>Complaint Filed: 8/26/22 |

Plaintiff DANIEL RIPPY ("Plaintiff") and Defendant COUNTY OF SACRAMENTO "Defendant") (Plaintiff and Defendant collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on May 16, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

1  **IT IS SO STIPULATED.**

3  Dated: March 17, 2023                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By:    /s/ *William E. Camy*
                                                   Carl L. Fessenden
                                                   William E. Camy
                                                   Megan N. Boelter
                                                   Attorneys for Defendants

10 Date: March 17, 2023                     LAW OFFICE OF ROBERT CHALFANT

                                            By:  /s/ *Robert Chalfant*
                                                 Robert Chalfant
                                                 Attorney for Plaintiff

2
STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE
BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on May 16, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated: March 21, 2023

Troy L. Nunley
United States District Judge